FILED: September 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4709

(5:12-cr-00326-F-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

LARRY DONNELL TAYLOR

       Defendant - Appellant

_____

O R D E R

_____

The court grants the application to proceed under the Criminal Justice Act and seals the CJA 23 financial affidavit.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk